**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE REQUEST FOR | ) | |
| INTERNATIONAL JUDICIAL | ) | |
| ASSISTANCE FROM COUNTY COURT | ) | Case No. MC-22-6-G |
| IN BŘECLAV, CZECH REPUBLIC, IN | ) | |
| THE MATTER OF MICHEAL DOYLE | ) | |
| FOLI v. ANDREA FOLI | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for <u>the United States of America</u>.

I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

Respectfully submitted this <u>14th</u> day of <u>December</u>, 2022.

ROBERT J. TROESTER
United States Attorney

<u>/s/ R. D. Evans, Jr.</u>
R. D. EVANS, JR.
Louisiana Bar No. 20805
Office of the United States Attorney
for the Western District of Oklahoma
210 Park Ave., Suite 400
Oklahoma City, OK 73120
(405) 553-8700
(405) 553-8885 (fax)
Email:  Don.Evans@usdoj.gov

COUNSEL FOR THE
UNITED STATES OF AMERICA

*Certificate of Service*

____   I hereby certify that on _____, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

X   I hereby certify that on <u>December 14, 2022</u>, I filed the attached document with the Clerk of Court and served the attached document by <u>United States Mail and e-mail</u> on the following, who is not a registered participant of the ECF System:

> Tinker Federal Credit Union
> Office of the General Counsel (Attn:  Steven McConnell)
> P.O. Box 45750
> Tinker AFB, OK 73145
>
> McConnellS@TinkerFCU.org

/s/ R. D. Evans, Jr.
R. D. EVANS, JR.
